

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,062-01

### IN RE HARRIS JONES THOMPSON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 15,908-A IN THE 258TH DISTRICT COURT
### FROM POLK COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in Polk County and his application has not been forwarded to this Court.

Respondent, the District Clerk of Polk County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days have not yet elapsed under Rule of Appellate Procedure 73.4(b)(5), or stating that Relator has not filed an application for a writ of habeas corpus in Polk County. This application for leave to file a writ of mandamus shall be held in abeyance until

Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 17, 2019
Do not publish